AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JOSHUA ABATE, (DOB: XXXXXXXXX) | ) Case: 1:23−mj−0014 |
| MICAH COOMER, (DOB: XXXXXXXX) | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DODGE DALE HELLONEN, (DOB: XXXXXXXX) | ) Assign. Date 1/17/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(2) | -Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | -Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kelsey Randall, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/17/2023

*Judge's signature*

City and state: Washington, D.C.        ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*