AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-mj-00014 |
| Joshua Abate | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Abate.

Date: April 5, 2023

/s/ David J Dischley
*Attorney's signature*

David J. Dischley, Bar No. VA159
*Printed name and bar number*

9255 Center Street, Suite 300B
Manassas, VA 20110
*Address*

david@dischleylaw.com
*E-mail address*

(703) 635-2424
*Telephone number*

800-689-9509
*FAX number*